LAW LIBRARY

NO. 27993

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

CYNTHIA NAKAMURA, both individually and on
behalf of all others similarly situated,
Respondent/Plaintiff-Appellee

vs.

COUNTRYWIDE HOME LOANS, INC.,
Petitioner/Defendant-Appellant

JEAN R. KIKUMOTO
CLERK, APPELLATE COURTS
STATE OF HAWAII

2010 MAY 25 AM 8:39

FILED

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 04-1-1830)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on

April 20, 2010 by Petitioner/Defendant-Appellant Countrywide Home

Loans, Inc. is hereby rejected.

DATED:  Honolulu, Hawai'i, May 25, 2010.

FOR THE COURT:

Associate Justice

Patricia J. McHenry (Cades
Schutte LLP) and Brooks R.
Brown, pro hac vice
(Goodwin Procter LLP) for
Petitioner/Defendant-
Appellant, on the
application.

---

[1]     Considered by:  Moon, C.J., Nakayama, Acoba, Duffy, and Circuit
Judge Del Rosario in place of Recktenwald, J., recused.

Paul Alston and Peter Knapman
(Alston Hunt Floyd & Ing);
George Van Buren and Robert
Campbell (Van Buren Campbell &
Shimizu) for Respondent/
Plaintiff-Appellee, on the
response.

No. 27993 - <u>Nakamura v. Countrywide Home Loans, Inc.</u>; Order
Rejecting Application for Writ of Certiorari